IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS TODD FOOSE, | : | |
| Petitioner | : | |
| | : | No. 1:19-cv-893 |
| v. | : | |
| | : | (Judge Kane) |
| SUPERINTENDENT, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 7th day of June 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), construed as a motion for relief pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
